W. M. JACKSON, ADMINISTRATOR OF JOHN CLARK, v. NORTH CAROLINA GRANITE CORPORATION.

(Filed 19 April, 1916.)

**Trials—Negligence—Evidence—Nonsuit.**

An employee at defendant's quarry was killed by a shed, under which he had sought shelter from a violent wind and rain storm, having blown down upon him. *Held*, a motion of nonsuit was properly granted, under the evidence.

ACTION tried at June Special Term, 1915, of SURRY, before *Shaw, J.*, for the alleged negligent killing of plaintiff's intestate, an employee of defendant at its quarry.

A motion to nonsuit at close of the evidence was sustained.    Plaintiff appealed.

*Folger & Folger for plaintiff.*
*S. P. Graves, W. F. Carter for defendant.*

PER CURIAM.    The plaintiff's intestate was killed by the blowing down of a shed of defendant in a violent wind and rain storm.    The deceased was a workman of defendant engaged at its quarry, and ran under the shed for shelter.    The only assignment of error noted in the appellant's brief is directed to the nonsuit.

Upon an examination of the record, we are of opinion that there is no sufficient evidence of negligence, and that the motion was properly sustained.

Affirmed.